IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01682-RPM

WWC HOLDING, INC.,

        Plaintiff,

v.

GREGORY E. SOPKIN,
POLLY E. PAGE and
CAROL MILLER,
in their Official Capacities as the Commissioners of the
Public Utilities Commission of the State of Colorado,

        Defendants.
_____

ORDER FOR HEARING
_____

Upon a review of the Plaintiff's Motion for Summary Judgment, filed January 10, 2005, the State Defendants' Response, filed February 28, 2005, the Plaintiff's Reply, filed March 23, 2005, the State Defendants' Notice of Supplemental Authority, filed March 25, 2005, and the filed administrative record, the Court has determined that oral argument should be heard and it is accordingly

ORDERED that this matter is set for oral argument on **January 17, 2006, at 9:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  It is

FURTHER ORDERED that the parties should be prepared to discuss whether this Court has jurisdiction to adjudicate the Plaintiff's claim for relief, designated as "Count VI" that the Commission exceeded its authority granted by Colorado statutes, in

light of C.R.S. § 40-6-115(4).

DATED: December 12th, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge