IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01682-RPM

WWC HOLDING, INC.,

  Plaintiff,

v.

GREGORY E. SOPKIN,
POLLY E. PAGE and
CAROL MILLER,
in their Official Capacities as the Commissioners of the
Public Utilities Commission of the State of Colorado,

  Defendants.

_____

## ORDER DISMISSING CASE WITHOUT PREJUDICE
_____

Pursuant to the Stipulated Notice of Voluntary Dismissal without Prejudice and

Fed.R.Civ.P. 41(a)(1)(A)(ii), it is

ORDERED that this civil action is dismissed without prejudice.

DATED: October 17th , 20008

> BY THE COURT:
>
> s/ Richard P. Matsch
> _____
> Richard P. Matsch, Senior District Judge